Randall Knox, State Bar No. 113166
870 Market Street, Suite 415
San Francisco, CA 94102
(415) 765-7500

Attorney for Glendy Gomez

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br><br>GLENDY GOMEZ,<br><br>    Defendant. | No. CR 09-0775 SBA<br><br>**STIPULATION AND ORDER AMENDING CONDITIONS OF RELEASE BY REMOVING ELECTRONIC MONITORING** |

    Counsel for the defendant, Randall Knox, and counsel for the United States, AUSA Garth Hire, with the concurrence of U.S. Pretrial Services Officer Anthony Granados, stipulate and agree that the defendant's conditions of release may be amended to remove the requirement that she be subject to electronic monitoring.  All other conditions remain in force.

Dated:  July 30, 2010

                                                   _____/s/_____
                                                       Randall Knox
                                                       Attorney for Defendant


                                                   _____/s/_____
Dated:  July 30, 2010                 Garth Hire
                                                       Assistant U.S. Attorney

GOOD CAUSE APPEARING, it is ORDERED that the conditions of release for defendant Glendy Gomez are amended to remove the requirement that she be subject to electronic monitoring. All other conditions remain in force.

Dated:7/30/10

                                          Saundra B. Armstrong
                                          U.S. District Judge

PROOF OF SERVICE BY E-FILING

United States v. Glendy Gomez                    No CR09-0775 SBA

   The undersigned states as follows:

   I am a citizen of the United States over the age of 18 years and am not a party to the within action.  My business address is 870 Market Street, Suite 415, San Francisco, CA 94102.  I served a true copy of the attached STIPULATION AND ORDER AMENDING DEFENDANT'S CONIDTIONS OF RELEASE by electronic filing on July 30, 2010.  Said envelope was addressed as shown below.
   I declare under penalty of perjury that the above is true and correct and that this declaration was executed in the City and County of San Francisco on the date next given below.

_
Garth Hire
Assistant U.S. Attorney
1301 Clay Street, Suite 340-S
Oakland, CA 94612


July 30, 2010


_____
Randall Knox
Attorney for Glendy Gomez