UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00775-2 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JANUARY 22, 2013, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| GLENDY GOMEZ, | ) ) | |
| Defendant. | ) ) ) ) | |

The parties jointly requested that this matter be set for change of plea and sentencing on January 22, 2013, at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between October 2, 2012, and January 22, 2013, to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office.  Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQUEST TO RESET HEARING
No. CR 09-00775-2 SBA

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on January 29, 2013, at 10:00 a.m., and that time between October 2, 2012, and January 29, 2013, is excluded under the Speedy Trial Act, specifically, pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:_10/4/12                                   _Saundra B Armstrong_____
                                                HON. SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

STIP. REQUEST TO RESET HEARING
No. CR 09-00775-2 SBA