UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GLENDY GOMEZ,<br>  aka Glendy Elizabeth Gomez,<br><br>  Defendants. | No. CR-09-00775 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MAY 29, 2013 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  May 8, 2013<br>Time:  10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from May 8, 2013 to May 29, 2013 at 10:00 a.m., and that time be excluded under the Speedy Trial Act between May 8, 2013 and May 29, 2013.

The requested continuance will provide defendant's counsel with additional time to send defendant to an expert for a mental health evaluation focused on mitigation evidence.

Additionally, the continuance will allow defendant's counsel time to prepare the evidence in support of defendant's minimal role. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant's in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between May 8, 2013 and May 29, 2013 under the Speedy Trial Act for

STIP. REQ. TO CONTINUE HEARING TO MAY 29, 2013 AND TO EXCLUDE TIME
No. CR-09-00775 SBA

1  effective preparation of counsel, continuity of counsel, and pursuant to 18 U.S.C. §§
2  3161(h)(7)(A) and (B)(iv).

3      For these stated reasons, the Court finds that the ends of justice served by granting the
4  continuance outweigh the best interests of the public and the defendant in a speedy trial.  Good
5  cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

6      **IT IS HEREBY ORDERED** that the hearing in this matter is continued from May 8,
7  2013 to May 29, 2013 at 10:00 a.m. before this Court, and that time between May 8, 2013 and
8  May 29, 2013 is excluded under the Speedy Trial Act to allow for the effective preparation of
9  defense counsel, taking into account the exercise of due diligence.

11  DATED:_4/16/13

                                       _____
                                       HON. SAUNDRA BROWN ARMSTRONG
                                       United States District Court Judge

STIP. REQ. TO CONTINUE HEARING TO MAY 29, 2013 AND TO EXCLUDE TIME
No. CR-09-00775 SBA