UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>GLENDY GOMEZ,<br>  aka Glendy Elizabeth Gomez,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR-09-00775 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO AUGUST 20, 2013 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    May 29, 2013<br>Time:   10:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

    The parties jointly requested that the hearing in this matter be continued from May 29, 2013 to August 20, 2013 at 10:00 a.m., and that time be excluded under the Speedy Trial Act between the date of this stipulation and August 20, 2013.

    The requested continuance will allow Defendant to deliver her baby, with an expected due date in early June, and recover from the delivery, in the interest of justice. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between the date of this stipulation and August 20, 2013 under the Speedy Trial Act for the purpose of allowing Defendant to deliver her baby and recover from the delivery, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i).

STIP. REQ. TO CONTINUE HEARING TO AUGUST 20, 2013 AND TO EXCLUDE TIME
No. CR-09-00775 SBA

1   For these stated reasons, the Court finds that the ends of justice served by granting the
2 continuance outweigh the best interests of the public and the defendant in a speedy trial. Good
3 cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i),
4   **IT IS HEREBY ORDERED** that the hearing in this matter is continued from May 29,
5 2013 to August 20, 2013 at 10:00 a.m. before this Court, and that time between the date of this
6 stipulation and August 20, 2013 is excluded under the Speedy Trial Act to allow for the
7 defendant to deliver her baby and recover from the delivery.

DATED: 5/28/13

*Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

STIP. REQ. TO CONTINUE HEARING TO AUGUST 20, 2013 AND TO EXCLUDE TIME
No. CR-09-00775 SBA